LAWRENCE G. BROWN
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:07-CR-0441 GEB |
| ) | |
| Plaintiff, ) | GOVERNMENT MOTION TO DISMISS |
| ) | AND VACATE TRIAL DATE |
| v. ) | |
| ) | |
| MARTIN MAGANA RAMOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On October 30, 2009, the defendant pleaded guilty before Honorable Kimberly J. Mueller to the single count of the superseding information, charging him with Avoidance of Examination by Immigration Officers, in violation of 8 U.S.C. § 1325(a)(2). As part of the plea agreement, the government agreed to move to dismiss all counts of the indictment as to the defendant.

Therefore, the government moves that,

(1) pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court to file an order dismissing the indictment as to the defendant Martin Magana Ramos; and

(2) the court vacate the jury trial date of November 3, 2009 as to

1

the defendant Martin Magana Ramos.
The undersigned has informed defense counsel of this motion and defense counsel does not object.

Dated: October 30, 2009          Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    United States Attorney

                        By:  /s/ Daniel S. McConkie
                              DANIEL S. McCONKIE
                              Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

Dated: November 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge